THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELYAA HAMMAD , <br><br> Plaintiff, <br><br> v. <br><br> LMI CONSULTING, LLC, <br><br> Defendants. | Case No. 2:24-cv-00443-MLP <br><br> STIPULATED MOTION TO STAY CASE DEADLINES PENDING MEDIATION |

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiff Elyaa Hammad ("Plaintiff") and Defendant LMI Consulting, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby STIPULATE AND AGREE that the Court should stay all case deadlines, including Defendant's deadline to respond to the Complaint, pending mediation, as follows:

WHEREAS, on April 1, 2024, Plaintiff filed the above-referenced action in the United States District Court for the Western District of Washington at Tacoma; and

WHEREAS, on April 22, 2024, Plaintiff filed an amended Complaint dismissing Logistics Management Institute as a defendant and adding LMI Consulting, LLC as a defendant; and

WHEREAS, on April 22, 2024, Defendant's counsel and Plaintiff's counsel met and conferred via telephone to discuss potential early resolution of this matter; and

STIPULATED MOTION TO STAY - 1
(Case No. 2:24-cv-00443-MLP)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

WHEREAS, on April 29, 2024, counsel for Parties agreed via email to schedule a private mediation and stay case deadlines accordingly, including the agreed-upon deadline for Defendant to respond to the amended Complaint within 21 days of service;

THEREFORE, for the sake of efficiency, the Parties seek to stay all case deadlines, including Defendant's deadline to respond to the Complaint.

IT IS SO STIPULATED.

Dated May 29, 2024.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Claire Lesikar*
Claire Lesikar, WSBA #60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email:  claire.lesikar@morganlewis.com

Lincoln O. Bisbee, *Pro Hac Vice*
101 Park Avenue
New York, NY 10178-0060
Phone: (212) 309-6104
Email:  lincoln.bisbee@morganlewis.com

*Attorneys for Defendant LMI Consulting, LLC*

**SKIDMORE & FOMINA, PLLC**

By: *s/ Gregory M. Skidmore*
Gregory M. Skidmore, WSBA #47462
Kaitlyn M. Gould, WSBA #58622
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
Phone: (425) 519-3656
Email: gskidmore@skidmorefomina.com
         kgould@skidmorefomina.com

*Attorneys for Plaintiff*

STIPULATED MOTION TO STAY - 2
(Case No. 2:24-cv-00443-MLP)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation set forth above and pursuant to Local Rules 7(d)(1) and 10(g), IT IS SO ORDERED. The currently pending deadlines for Defendant's deadline to respond to the Complaint are stayed pending mediation.

Dated: May 31, 2024

By _____
HON. MICHELLE L. PETERSON
UNITED STATES MAGISTRATE
JUDGE

STIPULATED MOTION TO STAY - 3
(Case No. 2:24-cv-00443-MLP)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401