UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELYAA HAMMAD,<br><br>                 Plaintiff,<br><br>   v.<br><br>LOGISTICS MANAGEMENT INSTITUTE,<br><br>                 Defendant. | Case No. C24-443<br><br>ORDER |

       This matter is before the Court on Plaintiff Elyaa Hammad and Defendant LMI Consulting, LLC's Stipulated Motion to Extend Deadline to Submit Joint Status Report Regarding Mediation. (Dkt. # 13.) In their stipulated motion, the parties requested that the Court extend the deadline to submit their joint status report because the current deadline, July 30, 2024, is the same day as the parties' scheduled mediation. (*Id.*)

       The parties' stipulated motion (dkt. # 13) is GRANTED in part. The prior deadline for the parties to file their joint status report is vacated, and the parties' joint status report shall now be due by **August 9, 2024**.

       The Clerk is directed to send copies of this order to the parties.

       //

ORDER - 1

Dated this 13th day of June, 2024.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2