THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELYAA HAMMAD, <br><br> Plaintiff, <br><br> v. <br><br> LMI CONSULTING, LLC, <br><br> Defendants. | Case No. 2:24-cv-00443-MLP <br><br> JOINT STATUS REPORT REGARDING MEDIATION AND STIPULATED MOTION REGARDING THE SAME |

Pursuant to the Court's Order on June 13, 2024 at ECF No. 14, Plaintiff Elyaa Hammad ("Plaintiff") and Defendant LMI Consulting, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, submit this joint status report regarding the status of mediation:

On July 30, 2024, the Parties attended a mediation with the Honorable Laura Inveen (Retired). Shortly after the mediation, the Parties reached a settlement in principle and are currently finalizing the terms of a settlement agreement. The Parties anticipate executing the settlement agreement and filing a Notice of Settlement by no later than August 30, 2024.

THEREFORE, the Parties STIPULATE AND AGREE, to set a deadline to file a Notice of Settlement by August 30, 2024.

IT IS SO STIPULATED.

JOINT STATUS REPORT RE MEDIATION - 1
(Case No. 2:24-cv-00443-MLP)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

Dated August 9, 2024.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Claire Lesikar*
Claire Lesikar, WSBA #60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email:   claire.lesikar@morganlewis.com

Lincoln O. Bisbee, *Pro Hac Vice*
101 Park Avenue
New York, NY 10178-0060
Phone: (212) 309-6104
Email:   lincoln.bisbee@morganlewis.com

*Attorneys for Defendant LMI Consulting, LLC*

**SKIDMORE & FOMINA, PLLC**

By:  *s/ Gregory M. Skidmore*
Gregory M. Skidmore, WSBA #47462
Kaitlyn M. Gould, WSBA #58622
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
Phone: (425) 519-3656
Email: gskidmore@skidmorefomina.com
          kgould@skidmorefomina.com

*Attorneys for Plaintiff*

JOINT STATUS REPORT RE MEDIATION - 2
(Case No. 2:24-cv-00443-MLP)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation set forth above and pursuant to Local Rules 7(d)(1) and 10(g), IT IS SO ORDERED. The Parties are ordered to file a Notice of Settlement by August 23, 2024.

Dated: August 9, 2024                    By _____
                                           HON. MICHELLE L. PETERSON
                                           UNITED STATES MAGISTRATE JUDGE

JOINT STATUS REPORT RE MEDIATION - 3
(Case No. 2:24-cv-00443-MLP)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401