# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ELYAA HAMMAD,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LOGISTICS MANAGEMENT INSTITUTE,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C24-443 MLP |

___　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　THE COURT HAS ORDERED THAT

This case is DISMISSED with prejudice pursuant to the parties' stipulated motion (dkt. # 17).

　　Dated September 12, 2024.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tim Farrell
　　　　　　　　　　　　　　　　　　　Deputy Clerk